EDWIN A. ALBERTI, Respondent, v. HAROLD C. SOULE, Appellant.— Judgment unanimously affirmed, with costs.

GEORGE S. ALEXANDER, Respondent, v. HOWARD C. WINNE, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of HENRY ALLSPACH, Respondent, v. NICHOLAS LUCKNER IRON WORKS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

E. & J. BASS, INC., Respondent, v. ALFRED A. HERBERT, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of SAM BATILLO, Appellant, v. MAUTZ & CRAIG and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision affirmed. All concur; except McCann, J., dissenting.

In the Matter of the Claim of MARY J. BEAUCHAMP, Respondent, v. COLUMBIAN MILLS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of the M. BERGEN, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CORNELIA BRACKETT, Respondent, v. THOMPSON SMITH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion denied.

In the Matter of the Claim of MAY CAMPBELL, Respondent, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that it does not appear that the employee was in the course of his employment when he received the injury from which he died. All concur.

In the Matter of the Claim of JACOB COOK, Respondent, and HOWARD SUTHERLAND, as Alien Property Custodian, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of JOSEPH DANIELS, Respondent, v. AMMAN MANUFACTURING AND CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.